# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEFING ORDER

December 7, 2017

| | |
|---|---|
| No. 17-2575 | ROLAND J. PARKER,<br>Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:16-cv-10391<br>Northern District of Illinois, Eastern Division<br>District Judge Charles P. Kocoras |

This court has received notice from the district court that the appellant paid the required docketing fee.

Briefing will now proceed as follows:

1.  The Appellee's brief of United States of America will be due by February 5, 2018 for 17-2575.

2.  The Appellant's reply brief of Roland J. Parker, if any, will be due by February 20, 2018 for 17-2575.

NOTE:

Important Scheduling Notice!

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If

you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_DC_paymnt_br_order**(form ID: **191**)